IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

**FILED**

AUG 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 07-10102 |
| ) | |
| CLARENCE L. MOORE, ) | VIO: 21 U.S.C. §§841(a)(1), 841(b)(1)(B) |
| ) | (iii), 841(b)(1)(C) |
| Defendant. ) | |

### INDICTMENT

### Count 1

The Grand Jury charges:

On or about June 20, 2007, in McLean County, within the Central District of Illinois,

**CLARENCE L. MOORE,**

the defendant herein, did knowingly and intentionally distribute cocaine base (crack), a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(C).

### Count 2

On or about June 28, 2007, in McLean County, within the Central District of Illinois,

**CLARENCE L. MOORE,**

the defendant herein, did knowingly and intentionally distribute cocaine base (crack), a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(C).

### Count 3

On or about July 10, 2007, in McLean County, within the Central District of

Illinois,

**CLARENCE L. MOORE,**

the defendant herein, did knowingly and intentionally distribute cocaine base (crack), a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(C).

### Count 4

On or about July 10, 2007, in McLean County, within the Central District of Illinois,

**CLARENCE L. MOORE,**

the defendant herein, did knowingly and intentionally possess with intent to distribute at least 5 grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(B)(iii).

A True Bill,

s/ Foreperson

FOREPERSON

s/ Assistant U.S. Attorney

RODGER A. HEATON
UNITED STATES ATTORNEY

JHC/ms