E-FILED
Wednesday, 19 March, 2008  02:15:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-10102 |
| ) | |
| CLARENCE L. MOORE, ) | |
| ) | |
| Defendant. ) | |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney, and John H. Campbell, Assistant United States Attorney, respectfully represents to this Honorable Court that **CLARENCE L. MOORE, Inmate # N21257,** defendant herein, is now confined at the Lawrence Correctional Center, Sumner, Illinois in the custody of the Warden of said institution, and that a hearing in the above-entitled cause has been set for Tuesday, April 15, 2008 at 9:00 a.m. in the Court.

**WHEREFORE**, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be directed to the Warden of Lawrence Correctional Center, Sumner, Illinois, and/or the United States Marshal for the Central District of Illinois, respectively, commanding the production of said **CLARENCE L. MOORE, Inmate # N21257** before the Court at the Federal Building and U.S. Courthouse, 100 NE Monroe Street, Peoria, Illinois, on Tuesday, April 15, 2008 at 9:00 a.m., and from day to day thereafter as may be necessary; and at the termination of the

proceedings against the defendant to return him to the custody of the Lawrence Correctional Center, Sumner, IL.

                                UNITED STATES OF AMERICA

                                RODGER A. HEATON
                                UNITED STATES ATTORNEY


                                s:/ John H. Campbell
                                **JOHN H. CAMPBELL**
                                Assistant United States Attorney
                                One Technology Plaza - Suite 400
                                211 Fulton Street
                                Peoria, IL 61602
                                Telephone: 309/671-7050

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-10102 |
| | ) | |
| CLARENCE L. MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

These matters coming on to be heard on the Petition of the Government, and it appearing to the Court that **CLARENCE L. MOORE, Inmate # N21257** is presently incarcerated at the Lawrence Correctional Center, Sumner, IL it further appearing that **CLARENCE L. MOORE, Inmate # N21257** was named as defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings on Tuesday, April 15, 2008 at 9:00 a.m..

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of the Lawrence Correctional Center, Sumner, IL, and/or the United States Marshal for the Central District of Illinois, to transport the said **CLARENCE L. MOORE, Inmate # N21257** to the Central District of Illinois, and to produce the said **CLARENCE L. MOORE, Inmate #N21257** on Tuesday, April 15, 2008 at 9:00 a.m. in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, in connection with this cause and then and there to present the defendant before the Court and from day to day thereafter as may be necessary.

                                                _____
                                                **JOHN A. GORMAN**
                                                **UNITED STATES MAGISTRATE JUDGE**
                                                **CENTRAL DISTRICT OF ILLINOIS**

**ENTERED this _____ day of March, 2008.**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-10102 |
| CLARENCE L. MOORE, | ) |
| Defendant. | ) |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   THE WARDEN OF LAWRENCE CORRECTIONAL CENTER, SUMNER ,IL AND TO ANY UNITED STATES MARSHAL:

G R E E T I N G S:

WE COMMAND that you produce and deliver the body of CLARENCE L. MOORE, Inmate # N21257 now in your custody at the Lawrence Correctional Center before the Honorable John A. Gorman, United States Magistrate Judge, Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois, on Tuesday, April 15, 2008 at 9:00 a.m. in order that CLARENCE L. MOORE, Inmate# N21257, may be present for purposes of a hearing in the above-entitled cause and after said hearing and the disposition of said matter that you return CLARENCE L. MOORE, Inmate # N21257, under safe and secure conduct to the custody of the Lawrence Correctional Center.

DATE: _____        _____
                                                                              **PAMELA E. ROBINSON, Clerk**
                                                                              **United States District Court**
                                                                              **Central District of Illinois**