E-FILED
Wednesday, 19 March, 2008  03:52:48 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| )  | |
| Plaintiff,         ) | |
| )  | |
| v.         ) | Case No. 07-10102 |
| )  | |
| CLARENCE L. MOORE,         ) | |
| )  | |
| Defendant.         ) | |

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

These matters coming on to be heard on the Petition of the Government, and it appearing to the Court that **CLARENCE L. MOORE, Inmate # N21257** is presently incarcerated at the Lawrence Correctional Center, Sumner, IL it further appearing that **CLARENCE L. MOORE, Inmate # N21257** was named as defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings on Tuesday, April 15, 2008 at 9:00 a.m..

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of the Lawrence Correctional Center, Sumner, IL, and/or the United States Marshal for the Central District of Illinois, to transport the said **CLARENCE L. MOORE, Inmate # N21257** to the Central District of Illinois, and to produce the said **CLARENCE L. MOORE, Inmate #N21257** on Tuesday, April 15, 2008 at 9:00 a.m. in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, in connection with this cause and then and there to present the defendant before the Court and from day to day thereafter as may be necessary.

                                                      _____
                                                      **JOHN A. GORMAN**
                                                      **UNITED STATES MAGISTRATE JUDGE**
                                                      **CENTRAL DISTRICT OF ILLINOIS**

**ENTERED this _____ day of March, 2008.**