E-FILED
Wednesday, 19 March, 2008  03:57:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-10102 |
| ) | |
| CLARENCE L. MOORE, ) | |
| ) | |
| Defendant. ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN OF LAWRENCE CORRECTIONAL CENTER, SUMNER ,IL
AND TO ANY UNITED STATES MARSHAL:

G R E E T I N G S:

WE COMMAND that you produce and deliver the body of CLARENCE L. MOORE, Inmate # N21257 now in your custody at the Lawrence Correctional Center before the Honorable John A. Gorman, United States Magistrate Judge, Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois, on Tuesday, April 15, 2008 at 9:00 a.m. in order that CLARENCE L. MOORE, Inmate# N21257, may be present for purposes of a hearing in the above-entitled cause and after said hearing and the disposition of said matter that you return CLARENCE L. MOORE, Inmate # N21257, under safe and secure conduct to the custody of the Lawrence Correctional Center.

s/ Pamela E. Robinson

DATE: 3/19/08

PAMELA E. ROBINSON, Clerk
United States District Court
Central District of Illinois