E-FILED
Tuesday, 15 April, 2008 03:19:01 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>) |
| | ) CASE NO. **07-10102** |
| | ) |
| **Clarence L Moore**<br>    Defendant | )<br>) |

SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **11:30 a.m** on **Wednesday, May 28, 2008**.

This matter is set for Jury Trial at 8:30 A.M. on **Monday, June 16, 2008**

at

[X] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 15th day of April, 2008.

                                                    s/ John A. Gorman
                                                    _____
                                                    JOHN A. GORMAN
                                                    U.S. MAGISTRATE JUDGE

# United States District Court
### central district of illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>)<br>) CASE NO. **07-10102**<br>) |
| **Clarence L Moore**<br>    Defendant | )<br>) |

SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **11:30 a.m** on **Wednesday, May 28, 2008**.

This matter is set for Jury Trial at 8:30 A.M. on **Monday, June 16, 2008**

at

[X] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 15th day of April, 2008.

s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE

# United States District Court
### central district of illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>)<br>) CASE NO. **07-10102**<br>) |
| **Clarence L Moore**<br>    Defendant | )<br>) |

SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **11:30 a.m** on **Wednesday, May 28, 2008**.

This matter is set for Jury Trial at 8:30 A.M. on **Monday, June 16, 2008**

at

[X] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 15th day of April, 2008.

s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE