E-FILED
Thursday, 22 May, 2008  11:01:58 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 07-10102 |
| CLARENCE MOORE, | ) |
| Defendant. | ) |

**MOTION TO CONTINUE TRIAL**

Now comes the Defendant CLARENCE MOORE by his attorney ROBERT A. ALVARADO, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order continuing the jury trial, presently scheduled for June 16, 2008, to some future date. In support defendant states as follows:

1.	Counsel has received a substantial amount of discovery in this case but has been unable to review it with Mr. Moore due to his remote location in the Illinois Department of Corrections.  Mr. Moore was returned to the Lawrence Correctional Center to serve the remainder of an unrelated prison sentence due to a parole violation.

2.	Travel time to the prison would require approximately 8 hours driving time (round trip) and would therefore be excessively burdensome to counsel.

3.	Counsel has communicated with Mr. Moore by mail regarding this case and will attempt to spend as much time as possible with him when he is returned for the pretrial conference on May 28, 2008.  However, additional time will be needed to adequately prepare for trial and/or other options.

4.	In order to protect the defendant's Fifth and Sixth Amendment's rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by continuing the jury trial to some future date.

WHEREFORE, defense counsel respectfully requests the entry of an Order continuing the jury trial in this cause.

        CLARENCE MOORE, Defendant

        BY:    s/ Robert A. Alvarado

        ROBERT A. ALVARADO
        Attorney for Defendant
        Assistant Federal Public Defender
        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: 309/671-7891
        Fax: (309) 671-7898
        E-mail: robert_alvarado@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney John Campbell, U.S. Attorney's Office, One Technology Plaza, Suite 400, Peoria, IL 61602.

        s/ Robert A. Alvarado

        ROBERT A. ALVARADO
        Attorney for Defendant
        Federal Public Defender's Office
        401 Main St., Suite 1500
        Peoria, IL 61602
        Phone: (309) 671-7891
        Fax:: (309) 671-7898
        E-mail: robert_alvarado@fd.org