# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

301 West Main Street
Benton, IL 62812
618/439-7760

Norbert G. Jaworski
Clerk of Court

September 4, 2008

FILED
SEP - 5 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Clerk, U. S. District Court
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria IL 61602

Re:   USA vs. *Clarence L. Moore*
      **Your file: 07-10102**
      Our file: 08-MJ-4025-PMF

Dear Clerk:

Enclosed is the entire original file along with a certified copy of the docket entries for a proceeding held in the Southern District of Illinois before Magistrate Judge Philip M. Frazier.

Please acknowledge receipt of these documents on the attached copy of this letter. Thank you.

Sincerely,

NORBERT G. JAWORSKI,
CLERK OF COURT

By: *s/Karen R. Metheney*
       Deputy Clerk


Enc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | WARRANT FOR ARREST |
| Plaintiff ) | |
| vs ) | |
| ) | CASE NO. 07-10102 |
| Clarence L. Moore ) | 08-mj-4025-PMF |
| 606 E. Mulberry, Apt 1 ) | |
| Bloomington, IL ) | |
| Defendant ) | |

RECEIVED

FILED SEP 03 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS BENTON OFFICE

US MARSHALS SERVICE CENTRAL ILLINOIS

2008 AUG 23 A 5:14 U.S. MARSHAL SERVICE CENTRAL ILLINOIS RECEIVED

TO:  THE U. S. MARSHAL and any
     AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Clarence L. Moore, and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with:

Count 1: Distribution of less than 5 grams of a mixture and substance containing cocaine base crack in violation of Title 21, United States Code, Section(s) 841(a)(1) and 841(b)(1)(C).

Count 2: Distribution of less than 5 grams of a mixture and substance containing cocaine base crack in violation of Title 21, United States Code, Section(s) 841(a)(1) and 841(b)(1)(C).

Count 3: Distribution of less than 5 grams of a mixture and substance containing cocaine base crack in violation of Title 21, United States Code, Section(s) 841(a)(1) and 841(b)(1)(C).

Count 4: Possession of more than 5 grams of a mixture and substance containing cocaine base (crack) with intent to distribute in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

John M. Waters

**JOHN M. WATERS**  
Name of Issuing Officer

**CLERK U.S. DISTRICT COURT**  
Title of Issuing Officer

s/ S. Marvel  
Signature of Issuing Officer

8/21/07, Peoria, IL  
Date and Location

**Bail fixed at $ NO BOND by Magistrate Judge John A. Gorman.**

### RETURN
This warrant was received and executed with the arrest of the above named defendant at

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | Title of Arresting Officer | |

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | MINUTES OF INITIAL APPEARANCE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 08-MJ-4025-PMF |
| CLARENCE L. MOORE, | ) | DATE: September 4, 2008 |
| Defendant. | ) | LOCATION: Benton |

**PRESENT: HONORABLE PHILIP M. FRAZIER, U. S. MAGISTRATE JUDGE**

**DEPUTY CLERK:** Karen R. Metheney     **COURT REPORTER:** FTR - Digital Audio Recording

**COUNSEL FOR GOVERNMENT:** Michael C. Carr, AUSA

**COUNSEL FOR DEFENDANT:** Melissa A. Day, AFPD

[x]  Defendant present in open court in custody. Counsel present as noted above.

[x]  ORDER: Appointing the Federal Public Defender to represent the defendant for proceedings in this district.

[x]  Defendant having previously reviewed the Indictment with counsel and having previously been arraigned in the charging district, waives formal reading.

[x]  Defendant advised of constitutional rights.

[x]  Defendant files written waiver of identity hearing, requesting preliminary hearing to be held in the charging district.

[ ]  Preliminary Hearing set for _____ before _____.

[ ]  Bond set: _____.

[ ]  Oral Motion for Detention made by government counsel.  [ ] Granted  [ ] Denied

[ ]  Detention Hearing to be set in the charging district upon defendant's return.

[x]  Order of detention previously entered in the charging district to remain in full force and effect.

[x]  Defendant remanded to custody of U.S. Marshal for transport to the Central District of Illinois.

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT OF _Illinois_

UNITED STATES OF AMERICA

v.

_Clarence L. Moore_
Defendant

**FILED**
SEP 04 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: _08-mj-4025-PMF_ ~~07-10102~~

CHARGING DISTRICTS
CASE NUMBER: _07-10102_

I understand that charges are pending in the _Central_ District of _Illinois_ alleging violation of _21 USC § 841(a)(1) c(b)(1)(c)_ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)    Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

(✓) preliminary hearing

(  ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

s/ Defendant
_____
Defendant

s/ Defense Counsel
_____
Defense Counsel

_Sept. 4, 2008_
Date

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 08-MJ-4025-PMF |
| ) | |
| CLARENCE L. MOORE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**FRAZIER, Magistrate Judge:**

It appearing from the record that the Defendant is financially unable to obtain counsel, is in need of counsel, and is entitled to the appointment of counsel, the Court hereby appoints the Federal Public Defender for the Southern District of Illinois, to represent the defendant.

**DATED:** September 4, 2008.

*s/ Philip M. Frazier*
HON. PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE

AO 94 Commitment to Another District

# United States District Court
## Southern District of Illinois

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| v. | |
| CLARENCE L. MOORE, | |
| **Defendant.** | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>07-10102 | District of Arrest<br>08-MJ-4025-PMF | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON A(N)**
☐ Indictment ☐ Information ☐ Complaint ☒ Petition ☐ Order of Court
**charging a violation of** Title 21 U.S.C. §841(a)(1)
**DISTRICT OF OFFENSE:** Central District of Illinois
**DESCRIPTION OF CHARGES:** Distribution and Possession of Cocaine Base, "crack" Cocaine
**CURRENT BOND STATUS:**
  ☐ Bail fixed at _____ and conditions were not met
  ☐ Government moved for detention and defendant detained after hearing in district of arrest
  ☐ Government moved for detention and defendant detained pending hearing in district of offense
  ☒ Other (specify) Order of Detention entered in charging district remains in effect.

**Representation:** ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None
**Interpreter Required?**    ☒ No    ☐ Yes    Language: _____

## SOUTHERN DISTRICT OF ILLINOIS
TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

s/ Magistrate Judge

__September 4, 2008__
Date

HON. PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

# U.S. District Court
## Southern District of Illinois (Benton)
## CRIMINAL DOCKET FOR CASE #: 4:08-mj-04025-PMF All Defendants
### Internal Use Only

Case title: USA v. Moore  
Other court case number: 07-10102 Central District of IL

Date Filed: 09/03/2008

---

Assigned to: Magistrate Judge Philip M. Frazier

### Defendant (1)

**Clarence L Moore**      represented by    **Melissa A. Day, AFPD**  
Federal Public Defender's Office - Benton  
401 West Main Street  
P.O. Box 1075  
Benton, IL 62812  
618-435-2552  
Email: Melissa_Day@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=ND.F | |

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Michael C. Carr**<br>Assistant U.S. Attorney - Benton<br>402 West Main Street<br>Suite 2A<br>Benton, IL 62812<br>618-439-3808<br>Fax: 618-439-2401<br>Email: mike.carr@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2008 | | Arrest (Rule 40) of Clarence L Moore. (krm) (Entered: 09/04/2008) |
| 09/03/2008 | 1 | Charging document (warrant) in case 07-10102, ILCD, Peoria. (krm) (Entered: 09/04/2008) |
| 09/04/2008 | 2 | Minute Entry for proceedings held before Magistrate Judge Philip M. Frazier: Initial Appearance in Rule 5(c)(3) Proceedings as to Clarence L Moore held on 9/4/2008. FPD appointed for proceedings in this district. Identity and Preliminary Hearings waived. Order of detention entered in charging district remains in effect. Defendant to be removed to charging district. (Court Reporter FTR - Digital Audio Recording.) (krm) (Entered: 09/04/2008) |
| 09/04/2008 | 3 | WAIVER of Rule 5(c)(3) Hearings by Clarence L Moore. (krm) (Entered: 09/04/2008) |
| 09/04/2008 | 4 | ORDER Appointing Federal Public Defender as to Clarence L Moore. Signed by Magistrate Judge Philip M. Frazier on 9/4/2008. (krm) (Entered: 09/04/2008) |
| 09/04/2008 | 5 | COMMITMENT TO ANOTHER DISTRICT issued as to Clarence L Moore. Defendant committed to Central District of Illinois. Signed by Magistrate Judge Philip M. Frazier on 9/4/2008. (krm) (Entered: 09/04/2008) |
| 09/04/2008 | 6 | Transmittal Letter from Clerk, ILSD, to Clerk, ILCD, with entire original file and cc docket entries. (krm) (Entered: 09/04/2008) |

CERTIFIED TRUE COPY
By s/ Deputy Clerk
Deputy Clerk
Date 9/5/08